UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

              Plaintiff,

   v.

VIRGINIA MASON,

             Defendant.

Case No. C23-1363JLR

ORDER

Having reviewed Plaintiff Cortez Daundre Jones' application to proceed *in forma pauperis* (dkt. # 1), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (dkt. # 4),[1] and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's IFP application (dkt. # 1) is DENIED. Plaintiff is directed to pay the applicable filing fee within **thirty (30) days** of the date this Order is signed. If Plaintiff fails to pay the fee, the Clerk is directed to close the file.

---

[1] Plaintiffs are not entitled to submit written objections to a Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998).

ORDER - 1

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 29th day of September, 2023.

*[signature]*

James L. Robart
United States District Judge

ORDER - 2