UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES, | CASE NO. C23-1363JLR |
| Plaintiff, | ORDER |
| v. | |
| VIRGINIA MASON, | |
| Defendant. | |

On September 29, 2023, the court adopted Magistrate Judge Michelle L. Peterson's report and recommendation, in which she recommended that the court deny *pro se* Plaintiff Cortez Daundre Jones's motion to proceed *in forma pauperis* ("IFP"). (*See* 9/29/23 Order (Dkt. # 5); *see also* R&R (Dkt. # 4).)  The court ordered Mr. Jones to pay the filing fee within 30 days of September 29, 2023, and warned him that this case would be dismissed if he failed to do so.  (*See* 9/29/23 Order at 1.)

//

//

ORDER - 1

That deadline has now passed, and Mr. Jones has not paid the filing fee. (*See generally* Dkt.) Accordingly, the court DISMISSES this action without prejudice.

Dated this 6th day of November, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge